UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NEW ENGLAND PHOENIX CO., INC.   )
                                )
                                )
         Plaintiff,             )
                                )   Case No:   1:06MS00529
v.                              )
                                )
PETER D. SAHAGEN                )
                                )
         Defendant.             )

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff New England Phoenix Co., Inc. hereby acknowledges satisfaction of the *Certification of Judgment for Registration in Another District*, originally entered by the United States District Court for the District of Rhode Island in Case No. 03-CV-107S, and then entered by this Court on or about November 14, 2006.

Respectfully submitted,

NEW ENGLAND PHOENIX CO., INC.
By its attorney,

*/s/ John M. Keough/*

John M. Keough, General Counsel
New England Phoenix Co., Inc.
337 Freeport Street
Boston MA 02122
Tel: (617) 288-0612
Fax: (617) 288-6280
Email: jkeough@nepcoinc.com

Dated: March 15, 2007